**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **MICHAEL COSTELLO and AMBER COSTELLO** | **CIVIL ACTION NO.** |
| | **DISTRICT JUDGE:** |
| **VERSUS** | |
| | **MAGISTRATE JUDGE:** |
| **HOME DEPOT U.S.A., INC.** | |

**********************************************************************************

## DECLARATION OF MEGAN PETERSON

COMES NOW, **MEGAN PETERSON**, who under penalty of perjury and pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am over the age of 18 and have no disabilities that would prevent me from giving this Declaration. I have personal knowledge of the facts stated in this Declaration, and they are true and correct.

2. I am counsel for defendant, Home Depot U.S.A, Inc. ("Home Depot").

3. On March 27, 2025, this civil action was filed by plaintiff, Michael Costello and Amber Costello ("Plaintiffs"), in the 22nd Judicial District Court for the Parish of St. Tammany, bearing docket number 2025-11724, and captioned "*Michael Costello and Amber Costello v. Home Depot USA, Inc." See* **Exhibit B**, Petition.

4. Plaintiffs allege in the Petition that they were, at the time of the filing of this action, a resident and citizen of the State of Louisiana. *See* **Exhibit B**, Petition.

5. Defendant, Home Depot U.S.A., Inc. was at the time of the filing of this action and still is, a foreign entity incorporated under the laws of Delaware, with its principal place of business in Atlanta, Georgia. Thus, Home Depot is a citizen of the states of Delaware and Georgia.

6. The Petition was served upon Home Depot on April 8, 2025.

7. Mr. Costello (individually "Plaintiff") alleges that he was a customer at a Home Depot store in Slidell, Louisiana, on July 15, 2024, when he slipped and fell outside the store. *See* **Exhibit B**, Petition.

8. Plaintiff claims that he is generally entitled to recover damages for injuries incurred as a result of this incident and alleges that his damages were caused by the negligence of Home Depot. Nowhere in the Complaint does Plaintiff allege any specific injury or otherwise allege a specific quantum of damages. *See* **Exhibit B**, Petition.

9. On March 20, 2025, prior to filing and serving the instant suit, Home Depot received from Plaintiffs a demand indicating the alleged amount in controversy. Specifically, Plaintiffs demanded $1.3 million in settlement, outlining alleged past medical specials of over $250,000 as well as claims for future medical treatment and past and future wage loss.

10. Further, Plaintiffs' demand outlines the past medical treatment alleged to be related to the incident. Specifically, Plaintiff alleges right shoulder, neck, and low back pain. Plaintiff's treatment has involved a right rotator cuff surgery, lumbar and cervical pain management modalities, and an anterior lumbar interbody fusion.

11. Plaintiff's settlement demand establishes that the amount in controversy exceeds $75,000 and that this Court's exercise of jurisdiction is warranted.

12. The requirements of 28 U.S.C. §§ 1332 and 1441 have been satisfied as this matter because the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states.

*I declare under penalty of perjury that the foregoing is true and correct.*

Executed on 29th day of April, 2025.

Megan Peterson

MEGAN S. PETERSON